IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ISAIAH D. BROWN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CV 114-006 ) |
| ELIZABETH ARMSTRONG, c/o, Richmond County Correctional Institution, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 16.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Thus, the Court **OVERRULES** Plaintiff's objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** for failure to state a claim upon which relief can be granted Plaintiff's claims based on (1) humiliation, defamation, and verbal abuse, and (2) deliberate indifference to a serious medical need. Plaintiff's claim for excessive force will go forward.

SO ORDERED this 4th day of June, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA