IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ISAIAH D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-006 |
| | ) | |
| ELIZABETH ARMSTRONG, c/o | ) | |
| Richmond County Correctional | ) | |
| Institution, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND NOTICE OF
## PRETRIAL PROCEEDINGS

A review by the Court reveals that this case is ready for trial. In preparation for a bench trial, the Court **DIRECTS** each party to file with the Clerk of this Court a proposed pretrial order. Each proposed pretrial order shall be filed by the close of business on **FRIDAY, FEBRUARY 13, 2015**. The form of the proposed pretrial order can be located at the Court's website www.gas.uscourts.gov under "District Court"/"Court Forms". A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. If any party in this case is not represented by counsel, such party shall be

obligated to comply with the requirements of this Order in the same manner as counsel.

**IT IS FURTHER ORDERED** that this case will be scheduled by the Clerk for a pretrial conference. The actual date for the conference will be set by the Court following the filing of the proposed pretrial orders. At the pretrial conference, the Court, with the assistance of the parties or their counsel as the case may be, shall combine the proposed pretrial orders into a single consolidated order that will govern the bench trial of this case.

All evidentiary objections, motions in limine, and responses thereto that have not been resolved prior to the pretrial conference shall be submitted in writing at least **TWENTY (20) DAYS** prior to the scheduled pretrial conference. All responses shall be submitted at least **TEN (10) DAYS** prior to the scheduled pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2